THE CONNECTICUT MUTUAL LIFE INSURANCE COMPANY

*v.*

THE CITY OF CHICAGO.

*Opinion filed February 22, 1899—Rehearing denied April 7, 1899.*

This case is controlled by the decision in *Holden* v. *City of Chicago*, 172 Ill. 263.

WRIT OF ERROR to the County Court of Cook county; the Hon. ORRIN N. CARTER, Judge, presiding.

E. PARMALEE PRENTICE, for plaintiff in error.

CHARLES S. THORNTON, Corporation Counsel, JOHN A. MAY, and ARMAND F. TEEFY, for defendant in error.

Per CURIAM:   The ordinance providing for the improvement and the special assessment complained of in this case is the same as the one held insufficient in *Holden* v. *City of Chicago*, 172 Ill. 263.   We see no sufficient reason for overruling that case, and it must control this.

The judgment will be reversed and the cause remanded.
                                        *Reversed and remanded.*